UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 5:23-cr-56-JA-PRL

NATHANIEL DONNELL, JR.
_____

# ORDER

This case is before the Court on the orders to show cause as to attorney David J. Joffe. (Docs. 437 & 979). On February 20, 2025, Mr. Joffe appeared in person before the Court to show cause why he should not be sanctioned for his violations of the Court's orders in this case. (Doc. 987).

Mr. Joffe violated two orders during these proceedings. First, Mr. Joffe failed to appear at the December 21, 2023 status conference. (Doc. 436). Following this failure to appear, the Court ordered Mr. Joffe to explain in writing why he should not be sanctioned. (Doc. 437). In his written response (Doc. 444), Mr. Joffe represented that the Court's scheduling order was incorrectly designated as spam by his email service. Mr. Joffe pledged to take remedial steps to ensure future compliance with the Court's orders, including adding a paralegal to his email service. (*Id.*).

Nevertheless, Mr. Joffe again failed to appear at his client's January 16, 2025 sentencing hearing. (Doc. 964). Mr. Joffe blamed this failure to appear on technical issues that caused him not to review the Court's order scheduling the sentencing.

(*Id.*). The sentencing hearing was rescheduled to February 20, 2025, solely due to Mr. Joffe's unexcused failure to attend the hearing.

Mr. Joffe failed to attend the January 16, 2025 sentencing hearing for substantially the same reason that he claims caused him to miss the December 21, 2023 status conference. Because of his failure to attend the sentencing hearing, Mr. Joffe's client was required to spend an additional thirty-five days in the Marion County Jail awaiting sentencing. There is a sufficient basis to find Mr. Joffe in civil contempt and impose sanctions because the order scheduling the January 16, 2025 sentencing hearing was lawful, clear, and unambiguous. *See Citronelle-Mobile Gathering, Inc. v. Watkins*, 943 F.2d 1297, 1301 (11th Cir. 1991); *Riccard v. Prudential Ins. Co.*, 307 F.3d 1277, 1296 (11th Cir. 2002). However, the Court will exercise its discretion to withhold the imposition of civil contempt and sanctions.

Mr. Joffe is hereby **REPRIMANDED** for his failure to appear in this case. Mr. Joffe's failure to appear has wasted judicial resources and is unbecoming of a federal court practitioner. Otherwise, the Court's orders to show cause (Docs. 437 & 979) are hereby **DISCHARGED**. The Court requires Mr. Joffe to timely comply with all future orders.

**DONE** and **ORDERED** on February 25, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal

2

United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Nathaniel Donnell, Jr.